2009R00728

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. SRC |
| v. : | Crim. No. 11-878 |
| DOMINIQUE AUSTON : | 21 U.S.C. §§ 846, 841(a) & (b)(1)(B) |
| : | **INDICTMENT** |

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

### COUNT ONE

On or about June 15, 2009, in Essex County, in the District of New Jersey and elsewhere, defendant

DOMINIQUE AUSTON

did knowingly and intentionally conspire with Marquis Works and others to distribute and possess with intent to distribute 28 grams or more of a mixture or substance which contained cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a) & (b)(1)(B).

In violation of Title 21, United States Code, Section 846.

**RECEIVED**

DEC 15 2011

AT 8:30_____M
WILLIAM T. WALSH, CLERK

## COUNT TWO

On or about June 15, 2009, in Essex County, in the District of New Jersey and elsewhere, defendant

DOMINIQUE AUSTON

did knowingly and intentionally distribute and possess with intent to distribute 28 grams or more of a mixture or substance which contained cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a) & (b)(1)(B).

A TRUE BILL

_____
PAUL J. FISHMAN
United States Attorney

2

CASE NUMBER: 11-878 (SRC)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

DOMINIQUE AUSTON

## INDICTMENT FOR

21 U.S.C. §§ 846,
841(a) & (b)(1)(B)

A True Bill,

—

**PAUL J. FISHMAN**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

RODNEY C. VILLAZOR
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 645-2823