UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Honorable Stanley R. Chesler

            v.                 :       Criminal No. 11-878(SRC)

DOMINIQUE AUSTON               :       ORDER FOR CONTINUANCE

        This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Frances C. Bajada, Assistant U.S.
Attorney, appearing), and defendant Dominique Auston (Kevin F.
Carlucci, Esq., appearing), for an order granting a continuance
of the proceedings in the above-captioned matter, and the
defendant being aware that he has the right to have the matter
brought to trial within 70 days of the date of his appearance
before a judicial officer of this Court pursuant to Title 18,
United States Code, Section 3161(c)(1), and the defendant having
consented to such a continuance, and it appearing that the
defendant waives such right, and for good and sufficient cause
shown,

        IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

        (1)  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to negotiate a plea agreement, which would render trial of this
matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of ~~November~~, December 2012,

**ORDERED** that this action be, and hereby is, continued until January 25, 2013; and it is further

**ORDERED** that the period from the date of this Order through January 25, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

FRANCES C. BAJADA
Assistant U.S. Attorney

KEVIN F. CARLUCCI
Counsel for defendant Dominique Auston

-2-